IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDA L. JOHNSON,

            Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

            Defendant.

ORDER

15-cv-279-wmc

---

This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g). On August 11, 2015, this court issued a briefing schedule allowing plaintiff Linda Johnson until October 13, 2015 to submit a brief in support of her petition for review of the Commissioner's decision. The deadline has passed, and plaintiff has not yet filed her brief.

Because plaintiff is proceeding *pro se* and may not have understood what she was to file, I will give her an extension of time to file her brief. In her brief, plaintiff does not need to make legal arguments or cite to any legal authority (although she is welcome to do so), but she must explain to the court the specific reasons why she thinks the administrative law judge wrongly decided her claim for social security benefits. In addition, plaintiff should review the administrative law judge's decision and point out those findings that she disagrees with, citing to evidence in the administrative record that supports her position. If plaintiff fails to submit her brief in support of her claim by the new deadline, this action will be dismissed for her failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Linda L. Johnson may have until November 30, 2015 to submit a brief in support of her claim that she is entitled to receive disability benefits. Failure to submit this brief will result in dismissal of this action for failure to prosecute.

The government may have until January 29, 2016 to submit an answering brief.

Plaintiff may have until February 29, 2016 to submit a reply brief.

Entered this 3rd day of November, 2015.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge