IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDA JOHNSON,

        Plaintiff,

v.                                Case No.: 15-cv-279

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

---

## ORDER

This matter is before the Court on the ~~parties' Stipulation~~ *Defendant's Motion* to Remand, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58.

Upon judicial remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate Plaintiff's earnings to determine whether she engaged in substantial gainful activity (SGA) during the period at issue (PAI). That evaluation should consider whether the claimant's payments for medications and any employer-reimbursed payments should be deducted from the claimant's earnings and whether her earnings should be averaged pursuant to 20 CFR 404.1574a and 1576. In addition, the ALJ should evaluate the entire PAI including the time after the claimant

stopped engaging in SGA. If necessary, the ALJ should proceed through the remaining steps of the sequential evaluation process.

Dated this 9th day of February, 2016

William M. Conley
Chief United States District Judge
Western District of Wisconsin