IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA L. JOHNSON,

    Plaintiff,                                              JUDGMENT IN A CIVIL CASE

v.                                                         15-cv-279-wmc

CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

/s/                                                  2/9/2016
Peter Oppeneer, Clerk of Court                  Date